UNITED STATES of America,
Appellee,

v.

Bob D.J. KRANICK, Appellant.

No. 00–1743.

United States Court of Appeals,
Eighth Circuit.

Submitted Jan. 23, 2001.

Decided Feb. 1, 2001.

Before HANSEN, MORRIS SHEPPARD ARNOLD, and BYE, Circuit Judges.

PER CURIAM.

Bob Kranick pleaded guilty to kidnaping, in violation of 18 U.S.C. § 1201(a)(1), and the district court[1] sentenced him to 110 months imprisonment and 5 years supervised release. Kranick appeals his sentence.

Having carefully reviewed the record and the parties' briefs, we affirm the judgment of the district court. *See* 8th Cir. R. 47B.

Tony R. EAST, Appellant,

v.

Randy JOHNSON, Sheriff, Pulaski County Detention Facility; Hearns, Dr., Pulaski County Detention Facility; Correctional Medical Services, Appellees.

No. 00–3795.

United States Court of Appeals,
Eighth Circuit.

Submitted Jan. 5, 2001.

Decided Feb. 1, 2001.

Before BEAM, FAGG, and LOKEN, Circuit Judges.

PER CURIAM.

Arkansas inmate Tony East appeals from the district court's[1] dismissal of his 42 U.S.C. § 1983 complaint for failure to state a claim. Having carefully reviewed the record, we affirm. *See* 8th Cir. R. 47B.

1. The Honorable Henry Woods, United States District Judge for the Eastern District of Arkansas.

1. The Honorable Susan Webber Wright, Chief Judge, United States District Court for the Eastern District of Arkansas, adopting the findings and recommendations of the Honorable John F. Forster, Jr., United States Magistrate Judge for the Eastern District of Arkansas.